# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MANCILLA TERRAZAS, an individual,<br><br>        Plaintiff,<br>vs.<br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>        Defendants, | Case No.: 2:22-cv-05757-SVW-AFM<br><br>*Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Alexander F. MacKinnon*<br><br>**ORDER REGARDING DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE:  June 20, 2023                    By: *[signature: Stephen V. Wilson]*

                                                                    U.S. DISTRICT JUDGE